**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT LEWINE,                                               No. C 12-00535 RS

           Plaintiff,                              **CASE MANAGEMENT**
v.                                                          **SCHEDULING ORDER**

HOUGHTON MIFFLINE HARCOURT
PUBLSIHING CO., et al.

           Defendants.
_____/

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 17, 2012.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.      ALTERNATIVE DISPUTE RESOLUTION.

      MEDIATION.  This matter is referred to mediation to be completed within 90 days of the issuance of this order.  The parties shall promptly notify the Court whether the case is resolved at the mediation.

      2.      DISCOVERY.  On or before November 30, 2012, all non-expert discovery shall be completed by the parties.  Discovery shall be limited as follows:  (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of  requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.      EXPERT WITNESSES.  The parties shall be limited to three experts per side.  The disclosure and discovery of expert witness opinions shall proceed as follows:

A.  On or before January 4, 2013, plaintiffs shall disclose expert testimony reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B.  On or before January 18, 2013, defendants shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C.  On or before February 1, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4.      AMENDMENT OF PLEADINGS.  All amendments to the pleadings must be made on or before July 19, 2012.

5.      PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than March 7, 2013.

6.      PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before April 18, 2013, counsel shall file a Joint Pretrial Statement.

7.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **May 2, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

8.      TRIAL DATE.  Trial shall commence on **May 13, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   5/18/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2