IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Robert Lewine,  
        Plaintiffs,  
   v.  
Houghton Mifflin Harcourt Publishing Company,  
        Defendants.

No. C 12-00535 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by January 14, 2013. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 17, 2013, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 11/26/12

      RICHARD SEEBORG  
      UNITED STATES DISTRICT JUDGE