| | |
|---|---|
| 1 | Christopher Seidman (SBN 98884) |
| | Harmon & Seidman LLC |
| 2 | 101 South Third Street, Suite 265 |
| | Grand Junction, Colorado  81501 |
| 3 | Tel:  970.245.9075 |
| | Fax:  970.245.8086 |
| 4 | E-mail:  chris@harmonseidman.com |
| 5 | Alex Rice Kerr (SBN 264821) |
| | Harmon & Seidman LLC |
| 6 | 219 Vicksburg St. |
| | San Francisco, California  94114 |
| 7 | Tel:  415.230.4760 |
| | E-mail:  alex@harmonseidman.com |
| 8 | *Attorneys for Plaintiff Robert Lewine* |
| 9 | Raoul D. Kennedy (State Bar No. 40892) |
| | Joshua Templet (State Bar No. 267098) |
| 10 | Skadden, Arps, Slate, Meagher & Flom LLP |
| | 525 University Avenue, Suite 1100 |
| 11 | Palo Alto, California  94301 |
| | Tel:  650.470.4570 |
| 12 | Fax:  650.470.4646 |
| | E-mail:  raoul.kennedy@skadden.com |
| 13 | joshua.Templet@skadden.com |
| 14 | David R. Pehlke (admitted *pro hac vice*) |
| | Skadden, Arps, Slate, Meagher & Flom LLP |
| 15 | 155 North Wacker Drive, Suite 2700 |
| | Chicago, Illinois  60606-1720 |
| 16 | Tel:  312.407.0700 |
| | Fax:  312.407.8546 |
| 17 | E-mail:  david.pehlke@skadden.com |
| 18 | *Attorneys for Defendant* |
| | *Houghton Mifflin Harcourt Publishing Company* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT LEWINE, | ) | Case No. CV 12-00535-RS |
| Plaintiff, | ) | |
| v. | ) | JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |
| HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and JOHN DOE PRINTERS 1-10, | ) | |
| Defendants | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Robert Lewine and Defendant Houghton Mifflin Harcourt Publishing Company, by and through their undersigned counsel, hereby stipulate that this action and all claims Plaintiff has asserted against Defendant are dismissed with prejudice.  Each party to bear its own costs and attorneys' fees.

DATED:  December 18, 2012

Plaintiff Robert Lewine, by his attorneys,

s/Alex Rice Kerr
Alex Rice Kerr (SBN 264821)
Harmon & Seidman LLC
219 Vicksburg Street
San Francisco, California  94114
Tel:  415.230.4760
E-mail:  alex@harmonseidman.com

Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado  81501
Tel:  970.245.9075
Fax:  970.245.8086
E-mail:  chris@harmonseidman.com

Defendant Houghton Mifflin Harcourt Publishing Company, by its attorneys,

s/ David R. Pehlke
David R. Pehlke (admitted *pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois  60606-1720
Tel:  312.407.0700
Fax:  312.407.8546
E-mail:  david.pehlke@skadden.com

Raoul D. Kennedy (State Bar No. 40892)
Joshua Templet (State Bar No. 267098)
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Suite 1100
Palo Alto, California  94301
Tel:  650.470.4570
Fax:  650.470.4646
E-mail:  raoul.kennedy@skadden.com
             joshua.Templet@skadden.com

**ORDER**

All claims Plaintiff has asserted against Defendant in this action are hereby dismissed with prejudice. The Clerk shall close this file.

IT IS SO ORDERED.

DATED:  12/18/12

_____
Richard Seeborg
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2012, I caused the foregoing JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE to be filed via the CM/ECF system, which will serve a Notice of Electronic Filing to all counsel of record.

s/Alex Rice Kerr

Alex Rice Kerr (SBN 264821)
Harmon & Seidman LLC
219 Vicksburg Street
San Francisco, California  94114
Tel:  970.270.4718
E-mail:  alex@harmonseidman.com
